**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IVAN GONZALO ARMIJOS SALINAS,<br><br>                        Petitioner,<br><br>        v.<br><br>ERIC ROKOSKY, *et al.*,<br><br>                        Respondents. | Civil Action No. 25-17914 (JXN)<br><br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Petitioner Ivan Gonzalo Armijos Salinas' ("Petitioner") Motion to Enforce (ECF No. 12) this Court's Memorandum and Order granting his Petition for Writ of Habeas Corpus (ECF No. 9). Respondents filed a response. (ECF No. 15.) The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons in the accompanying Opinion,

IT IS on this 27th day of February 2026,

**ORDERED** that Petitioner's Motion to Enforce (ECF No. 12) is **DENIED**; it is further

**ORDERED** that should Petitioner file a request for a bond redetermination, the immigration judge may not deny the request nor bar Petitioner from receiving release on bond based on the Board of Immigration and Appeal's decision in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025) or based on a finding that Petitioner is subject to detention under 8 U.S.C. § 1225(b)(2); it is further

**ORDERED** the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically.

JULIEN XAVIER NEALS
United States District Judge